Kevin Demetrius LOZANO

v.

STATE

CR-14-0052

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Vincent Edward LAMPKIN

v.

ALABAMA DEP'T OF CORR.

CR-14-0053

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied 02/27/2015

Affirmed

EX PARTE Anthony Wayne McCAA

CR-14-0056

Court of Criminal Appeals of Alabama.

02/02/2015

Mand. pet. dismissed

EX PARTE Tyrone Eugene DUNN

CR-14-0057

Court of Criminal Appeals of Alabama.

01/29/2015

Mand. pet. denied

EX PARTE Benjamin Todd ACTON

CR-14-0058

Court of Criminal Appeals of Alabama.

02/02/2015

Mand. pet. dismissed

Mark Anthony DUKE

v.

STATE

CR-14-0063

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed